FILED
2010 APR 28 A 9: 10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Steven Robert Liss - #129527

CV 10  80 0 95 MISC



VRW

### ORDER TO SHOW CAUSE

It appearing that Steven Robert Liss has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective March 25, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before May 31, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Steven Robert Liss
7472 La Jolla Blvd Ste A
La Jolla, CA 92037