**FILED**

JUL −6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80095 MISC VRW

Steve Robert Liss,

        State Bar No 129527                    ORDER

_____/

      On April 28, 2010, the court issued an order to show cause (OSC) why Steve Robert Liss should not be removed from the roll of attorneys authorized to practice law before this court, based upon his enrollment as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective March 25, 2010.

      The OSC was mailed to Mr Liss's address of record with the State Bar on April 30, 2010, and returned by the post office as unclaimed.  A written response was due on or before May 31, 2010. No response to the OSC has been filed as of this date.

      The court now orders Steve Robert Liss removed from the roll of attorneys authorized to practice before this court.  The clerk is directed to close the file.

      IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

    Steven Robert Liss,

_____/

Case Number: C10-80095 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Robert Liss
7472 La Jolla Blvd, Ste A
La Jolla, CA 92037

Dated: July 6, 2010

                    Richard W. Wieking, Clerk
                    By: Cora Klein, Deputy Clerk
                    *Cora Klein*